AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>Paul Gist<br>*Defendant* | ) | Case No. 26mg3831<br>Charging District: Middle District of North Carolina<br>Charging District's Case No. 22cr205 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: US Probation Dept Middle District of NC | Courtroom No.: |
| | Date and Time: Sept. 19, 2026 |

Report to Probation officer in MDNC in 48 hrs.

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 09/17/2026

*Judge's signature*

Ona T. Wang, U.S.M.J.

*Printed name and title*